IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE RAMIREZ TORRES,** | Case No. 2:14-cv-0842 MCE AC P |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **J. PRICE, Warden,** | |
| Respondent. | |

Respondent has requested a second thirty-day extension of time in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.

GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including January 14, 2015.

DATED: December 16, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE